IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN KNIGHT,                              *
                                          *
            Plaintiff,                    *
                                          *
vs.                                       *        No. 5:10cv00197  SWW
                                          *
                                          *
                                          *
S&L FARMS, INC., LONG LAKE                *
IRRIGATION, INC., DEUTZ                   *
CORPORATION, ABBOTT SUPPLY CO.,           *
INC. and RANDY KENUARD d/b/a              *
R&K WELDING & MACHINE SHOP,               *
                                          *
            Defendants.                   *

<u>ORDER</u>

        The motion [doc.#3] to dismiss filed by separate defendant Deutz Corporation in state

court that was included in the pleadings removed to this Court is denied without prejudice.

Defendant may refile its motion in accordance with the federal rules of civil procedure and this

Court's local rules.


        IT IS SO ORDERED this 8th day of July 2010.

                            <u>/s/Susan Webber Wright</u>

                            UNITED STATES DISTRICT JUDGE