IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| JOHN KNIGHT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 5:10cv00197  SWW |
| | * | |
| | * | |
| | * | |
| S&L FARMS, INC., LONG LAKE | * | |
| IRRIGATION, INC., DEUTZ | * | |
| CORPORATION, ABBOTT SUPPLY CO., | * | |
| INC. and RANDY KENUARD d/b/a | * | |
| R&K WELDING & MACHINE SHOP, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The motion [doc.#14] of defendant Deutz Corporation for admission *pro hac vice* of attorney Nelson W. Wager, III to participate in this case on its behalf has been considered by the Court and is hereby granted.

IT IS SO ORDERED this 22nd day of July 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE