IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| JOHN KNIGHT, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:10cv00197  SWW |
| | * | |
| | * | |
| S&L FARMS, INC., LONG LAKE | * | |
| IRRIGATION, INC., DEUTZ | * | |
| CORPORATION, ABBOTT SUPPLY CO., | * | |
| INC. and RANDY KENUARD d/b/a | * | |
| R&K WELDING & MACHINE SHOP, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed with prejudice.

IT IS SO ORDERED this 16th day of September 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE